DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES D. BRITT,

Appellant,

v.

BAYSHORE ROYAL CONDOMINIUMS, a/k/a
BAYSHORE CONDOMINIUMS & COMPANY, INC.,

Appellee.

No. 2D2024-2478

_____

February 20, 2026

Appeal from the Circuit Court for Hillsborough County; Paul Huey,
Judge.

Daniel F. Pilka and Richard Randolph Kosan of Pilka Adams & Reed,
P.A., Brandon, for Appellant.

Bryan D. Hull and Brittnie M. Burns of Bush/Ross, P.A., Tampa, for
Appellee.

PER CURIAM.

    Affirmed.

VILLANTI, LaROSE, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.